**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBERT J. VESSIO,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:13-2068** |
| **v.** : | **(MANNION, J.)** |
| **SAW CREEK ESTATES** : | |
| **COMMUNITY ASS'N, INC., et al.,** | |
| : | |
| **Defendants** | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick issued on October 17, 2014, **(Doc. 41)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the defendants' motion to dismiss the plaintiff's complaint, **(Doc. 26)**, is **GRANTED**;

**(3)** the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITH PREJUDICE**; and

**(4)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

                                         s/ *Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**Date:  November 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2068-01-ORDER.wpd